IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Suzanne Demarest, | ) | C/A NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Horry County Police Department, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Your Remover, the above-named Defendant, respectfully shows as follows:

1.    It is the Defendant in the above-entitled action.

2.    The above entitled action was originally commenced in the Court of Common Pleas for Horry County, State of South Carolina, on August 31, 2018, and has been pending in that court.

3.    Upon information and belief, the Summons and Complaint was personally served on Chris Eldridge, the Horry County Administrator on or about October 9, 2018.

4.    In her Complaint, the Plaintiff seeks relief for alleged violations of Title VII of the Civil Rights Act of 1964, as amended; therefore, the United States District Court for the District of South Carolina has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.  As such, the case may be removed under 28 U.S.C. § 1441.

5.    This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6.    The Florence Division is the proper venue inasmuch as the original action was filed in Horry County, and the facts underlying this action allegedly occurred in Horry County.

7.    Exhibit A is a copy of "all process, pleadings, and orders served upon" the Defendant in this action, as required by 28 U.S.C. § 1446(a).

8.    In accordance with 28 U.S.C. § 1446(d), Defendant is serving this Notice of Removal on counsel for Plaintiff, and also filing a copy of the Notice of Removal with the Clerk of Court for Horry County.

1

WHEREFORE, please take notice that this action has been removed to the United States District Court, District of South Carolina, Florence Division.

WILLCOX, BUYCK & WILLIAMS, P.A.

By:    s/ Mark W. Buyck, III
        Mark W. Buyck, III
        Fed Id. No. 1613
        PO Box 1909
        Florence, SC 29503-1909
        (843) 662-3258 Telephone
        (843) 662-1342 Fax
        Email: mb3@WillcoxLaw.com
        ATTORNEY FOR DEFENDANT

November 7, 2018
Florence, South Carolina

2